IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM ROBERT WILSON, also known as
Bobby

   Petitioner,

   v.

UNKNOWN,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-1140-TWT

## ORDER

This is a pro se petition for a Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [3] of the Magistrate Judge recommending dismissing the action for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the Judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this __3__ day of September, 2009.

                                                s/Thomas W. Thrash
                                              THOMAS W. THRASH, JR.
                                              United States District Judge